No. 78–6209. GOOSBY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6219. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6234. KING *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6246. OROZCO-RICO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6247. LOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6251. JONES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–6257. GREENE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–933. TULLEY, GUARDIAN *v.* TULLEY. Ct. App. Cal., 1st App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–1170. ATTORNEY GENERAL OF NEW YORK *v.* MIZELL. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–1039. FARINO *v.* FARINO. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 78–1178. DIRECTOR, OFFICE WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR *v.* JACKSONVILLE SHIPYARDS, INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.